## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Case Nos. 03-12872 (JLP) |
| Debtor. | **Ref. Nos. 3438, 3444, 3446** |

### JOINDER OF AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS TO THE PLAN COMMITTEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL

An ad hoc group of creditors (the "Ad Hoc Committee"),[1] holding undisputed Class 7 Claims against the above-captioned reorganized debtor (the "Debtor"), in connection with its appeal[2] of the Order Denying the Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions, entered on the docket by this Court on February 7, 2006 [Docket No. 3438], and in support of The Plan Committee's Designation of Items to be Included in the Record on Appeal and Statement of Issue to be Presented on Appeal [Docket No. 3446], filed by the Plan Committee appointed in the above-captioned chapter 11 case (the "Plan Committee"), respectfully states as follows:

1. The Ad Hoc Committee joins (the "Joinder") the Plan Committee's designation of items to be included in the record on appeal.

---

[1] The members of the Ad Hoc Committee are Avenue Capital Management, Drawbridge Special Opportunities Advisors LLC, Franklin Mutual Advisers, LLC, Greenwich International Ltd., Harbert Distressed Investment Master Fund, Ltd., Nationwide Life Insurance Company, Nationwide Mutual Insurance Company, P. Schoenfeld Asset Management LLC, and Trilogy Capital LLC.

[2] The Ad Hoc Committee's Notice of Appeal was filed on February 9, 2006 [Docket No. 3444].

525.001-11188.DOC

2. The Ad Hoc Committee joins the Plan Committee's statement of issue to be presented on appeal.

3. The Ad Hoc Committee reserves all rights to amend or supplement this Joinder.

Dated: Wilmington, Delaware
February 17, 2006

LANDIS RATH & COBB LLP

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Matthew J. Williams
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Ad Hoc Committee of Class 7 Debtholders