IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: NorthWestern Corporation

|  |  |
|---|---|
| Ad Hoc Committee of Class 7 Debtholders ) | |
| Appellant ) | Civil Action No. 06-158 |
| v. ) | |
| ) | |
| NorthWestern Corporation et al ) | Bankruptcy Case No.03-12872 |
|  | AP No.06-14 |
| Appellee | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 2/2/06 was docketed in the District Court on 3/9/06:

> Order Denying Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date:   March 9, 2006

To:     U.S. Bankruptcy Court
        Counsel