# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (KJC) |
| Debtor. | : |
| AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS, | : Civil Case No. 06-158 (JJF) |
| Appellant, | : |
| v. | : |
| NORTHWESTERN CORPORATION, MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : |
| Appellees. | |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire of Greenberg Traurig, LLP as counsel for Appellee, Northwestern Corporation.

Dated: March 20, 2006

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 20th day of February, 2006, a true and correct copy of the *Notice of Appearance* was served upon the parties listed below via First Class, United States Mail.

        Kathleen Miller, Esq.
        Smith Katenstein & Furlow
        The Corporate Plaza
        800 Delaware Avenue
        Wilmington DE 19801

        Elio Battista, Esq.
        Blank Rome LLP
        1201 North Market Street, Suite 800
        Wilmington DE 19801

        Adam G. Landis
        Landis Rath & Cobb LLP
        919 Market Street, Suite 600
        Wilmington, DE 19801

Dated: March 20, 2006        /s/ Victoria W. Counihan
                                            Victoria W. Counihan (No. 3488)
                                            GREENBERG TRAURIG, LLP
                                            The Nemours Building
                                            1007 North Orange Street, Suite 1200
                                            Wilmington, DE 19801
                                            (302) 661-7000