IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| THE PLAN COMMITTEE OF NORTHWESTERN CORPORATION,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, *et al*,<br><br>Appellees. | Civil Action No. 06-157-JJF |
| AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, *et al*,<br><br>Appellees. | Civil Action No. 06-158-JJF |

## NOTICE OF APPEAL

COMES NOW NorthWestern Corporation and pursuant to Fed. R. App. P. 3(a) hereby appeals to the United States Court of Appeals for the Third Circuit this Court's Final Order dated March 2, 2007 reversing and remanding the February 2, 2006 Order of the Bankruptcy Court denying the Plan Committee's Motion in Aid of Consummation and Implementation of the Plan

For Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions.

Dated: March 30, 2007

          GREENBERG TRAURIG, LLP

          By: _____
          Dennis A. Meloro (DE No. 4435)
          Victoria W. Counihan (DE No. 3488)
          The Nemours Building
          1007 North Orange Street, Suite 1200
          Wilmington, DE 19801
          Telephone: (302) 661-7000

          -and-

          CURTIS, MALLET-PREVOST, COLT &
          MOSLE LLP

          Joseph D. Pizzurro
          Steven J. Reisman
          Nancy E. Delaney
          Miriam K. Harwood
          101 Park Avenue
          New York, N.Y. 10178-0061
          Telephone: (212) 696-6000

          Attorneys for NorthWestern Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| THE PLAN COMMITTEE OF<br>NORTHWESTERN CORPORATION,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, *et al*,<br><br>Appellees. | Civil Action No. 06-157-JJF |
| AD HOC COMMITTEE OF CLASS 7<br>DEBTHOLDERS,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, *et al*,<br><br>Appellees. | Civil Action No. 06-158-JJF |

## CERTIFICATE OF SERVICE

      I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Northwestern Corporation and hereby certify that on the 30th day of March 2007, I caused copies of the Notice of Appeal to be served upon the parties listed on Exhibit A in the manner indicated.

Dated: March 30, 2007

                                            Dennis A. Meloro (No. 4435)
                                            Greenberg Traurig, LLP
                                            1007 North Orange Street, Suite 1200
                                            The Nemours Building
                                            Wilmington, DE 19801

VIA HAND DELIVERY:
Dale Dube, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
(Magten)

VIA U.S. MAIL:
Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

VIA U.S. MAIL:
Philip Bentley, Esquire
Matt Williams, Esq.
Rebecca Butcher, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

VIA U.S. MAIL:
John V. Snellings, Esq.
Amanda Darwin, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
(Law Debenture)

VIA HAND DELIVERY:
Kathleen M. Miller, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Law Debenture)

VIA HAND DELIVERY:
Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb
919 Market Street, Suite 600
Wilmington DE 19801
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

VIA HAND DELIVERY:
Eric Michael Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Plan Committee)